1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                                 EASTERN DISTRICT OF CALIFORNIA
10
11
12   LEE MAJOR,                                      1: 08 CV 00160 AWI  WMW HC

             Petitioner,                             ORDER REQUIRING PETITIONER TO MAIL
13                                                   ALL PLEADINGS AND OTHER PAPERS TO
                                                     THE FRESNO CLERK'S OFFICE
14       v.
15
     JAMES D. HARTLEY, WARDEN,
16
             Respondent.
17   _____/
18
19
20
           Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28
21
     U.S.C. Section 2254.  On May 29, 2008, the Yosemite Branch of this court received in the mail from
22
     Petitioner a document to be filed in this case.  As a courtesy, the Yosemite Branch forwarded
23
     Petitioner's document to the Clerk's Office in Fresno.  However, Petitioner is hereby informed that
24
     he must file all documents relating to this case with the Clerk's Office in Fresno, at U. S. District
25
     Court, Clerk's Office, 2500 Tulare St.  Room 1501, Fresno, CA 93721.  The Yosemite Branch of
26
     this court does not except filings in habeas corpus cases.  Therefore, any additional documents in
27
     this case that are received from Petitioner by the Yosemite Branch will be returned to Petitioner
28

1  without being filed.

2  IT IS SO ORDERED.

3  **Dated:    May 29, 2008**              /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE