# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAJOR, | 1: 08 CV 00160 AWI  WMW HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO TAKE JUDICIAL NOTICE AND TO CLARIFY |
| v. | [Doc. 15] |
| JAMES D. HARTLEY, WARDEN, | Opposition due June 20, 2008 |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On June 2, 2008, Petitioner filed a motion in which he states that he received Respondent's motion to dismiss on May 20, 2008, and requests this court to "clarify" that his opposition to the motion to dismiss is due on June 20, 2008.  The court will construe this motion as a motion for an extension of time to file Petitioner's opposition.  Good cause appearing,  Petitioner's motion is HEREBY GRANTED.  Petitioner is granted until June 20, 2008, to file his opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

1 | Dated:    June 5, 2008              /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE